UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEVEN ARKIN,

      Plaintiff,

v.                                             Case No: 8:16-cv-320-T-36TBM

BOOKTHATDOC.COM LLC, MDX
MEDICAL, INC., MDX MEDICAL
MANAGEMENT INC., MDX MEDICAL
CB, LLC, JOHN DOES 1-10 and
AVAILITY, L.L.C.,

      Defendants.

_____/

## O R D E R

Before the Court is the Joint Stipulation of Dismissal (Doc. 50).  In accord with the Joint

Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

      1)      The Joint Stipulation of Dismissal is **APPROVED** (Doc. 50).

      2)      Plaintiff's claims against Defendants MDX Medical, Inc. and Availity, LLC, are

dismissed, with prejudice.

      3)      Plaintiff's claims against Defendants Bookthatdoc.com, LLC, MDX Medical

Management Inc. and MDX Medical CB, LLC and the class allegations are dismissed without

prejudice.

      4)      The Clerk is directed to terminate any pending motions and deadlines and **CLOSE**

this case.

**DONE AND ORDERED** in Tampa, Florida on June 29, 2016.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record